## STATE OF CONNECTICUT *v.* MARCIAL TORRES
### (15624)

O'Connell, Schaller, Hennessy, Js

Argued February 27—officially released March 18, 1997

Per Curiam. The judgment is affirmed.

## NEW ENGLAND SAVINGS BANK *v.* MAUREEN CLARK
### (15842)

Foti, Landau and Spear, Js.

Argued February 27—officially released March 18, 1997

Per Curiam. The judgment is affirmed.

## MERCHANTS BANK AND TRUST COMPANY *v.* MARIA DASILVA, EXECUTRIX (ESTATE OF JOSEPH DASILVA), ET AL.
### (15736)

O'Connell, Foti and Hennessy, Js.

Argued February 27—officially released March 18, 1997

Per Curiam. The judgment is affirmed.